### MORRIS v. STATE.
### No. 25155.

Court of Criminal Appeals of Texas.
Feb. 21, 1951.

No attorney, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Conviction is for giving a check in the sum of $20. with the intent to defraud. The punishment was assessed at 9 months in the county jail.

There are no bills of exception and no statement of facts in the record.

The proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.